IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDREA POTTS**                                                                                                          **PLAINTIFF**

**v.**                                          **Case No. 4:19-cv-00727-KGB**

**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE COMPANY**                                                       **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 20). For good cause shown, the Court grants the motion (Dkt. No. 20). This case is dismissed with prejudice.

It is so ordered this the 6th day of November, 2020.

*[signature]*

Kristine G. Baker
United States District Judge